# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| **FERNANDO RENTERIA** | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 2:15-cv-00102-AM-CW |
| | § | |
| **STATE FARM LLOYDS** | § | |
|     Defendant | § | |

## DEFENDANT STATE FARM LLOYDS' DISCLOSURE OF INTERESTED PARTIES

NOW COMES Defendant, STATE FARM LLOYDS (hereinafter referred to as "STATE FARM"), and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. <u>Plaintiff: Fernando Renteria</u>

    Bill L. Voss
    Texas Bar No. 24047043
    Federal I.D. No. 602663
    Scott G. Hunziker
    Texas Bar No. 24032446
    Federal I.D. No. 38752
    Clayton Hardin
    Texas Bar No. 24090144
    THE VOSS LAW FIRM, P.C.
    26619 Interstate 45
    The Woodlands, Texas 77380
    Telephone: (713) 861-0015
    Facsimile: (713) 861-0021
    bill.voss@vosslawfirm.com
    scott@vosslawfirm.com
    clayton@vosslawfirm.com
    **Counsel for Plaintiff**

2. Defendant: State Farm Lloyds

    Mark A. Lindow
    State Bar No. 12367875
    Southern District No. 12777
    LINDOW STEPHENS TREAT LLP
    One Riverwalk Place
    700 N. St. Mary's St., Suite 1700
    San Antonio, Texas 78205
    Telephone:(210) 227-2200
    Facsimile: (210) 227-4602
    mlindow@lstlaw.com
    **Counsel for Defendant**

Respectfully submitted,

/s/ Mark A. Lindow
_____
Mark A. Lindow
Attorney in Charge
State Bar No. 12367875
Southern District No. 12777
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Telecopier: (210) 227-4602
mlindow@lstlaw.com

Of Counsel:

Jana Richard
State Bar No. 24040752
Southern District Bar No. 1128806
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Telecopier: (210) 227-4602
jrichard@lstlaw.com

*Counsel for Defendant State Farm Lloyds*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Disclosure of Interested Parties was filed electronically with the United States District Court for the Western District of Texas, Del Rio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court on this **25th** day of **September 2015**, addressed to those who do not receive notice from the Clerk of the Court.

                              Bill L. Voss
                              Scott G. Hunziker
                              Clayton Hardin
                              THE VOSS LAW FIRM, P.C.
                              The Voss Law Center
                              26619 Interstate 45 South
                              The Woodlands, Texas 77380

_____
Mark A. Lindow
Jana Richard