IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| FERNANDO RENTERIA,<br>    Plaintiff,<br><br>v.<br><br>STATE FARM LLOYDS,<br>    Defendant. | Civil Action No.<br>2:15-CV-102–AM–CW |

## ORDER

**IT IS HEREBY ORDERED** that the parties shall confer as required by Rule 26(f) of the Federal Rules of Civil Procedure and submit an agreed proposed scheduling order within 21 days of the date of this order. The parties' proposed scheduling order shall comply with Local Rule CV-16 and employ the uniform scheduling order set forth in Appendix B of the Local Rules for the Western District of Texas.

**SIGNED** on November 10, 2015.

_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE