# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| FERNANDO RENTERIA,  §  <br> Plaintiff, § <br> § <br> v. § <br> § <br> STATE FARM LLOYDS, § <br> Defendant. § | Civil Action No. <br> 2:15-CV-102–AM–CW |

## ORDER

Pending before the Court is Defendant's Unopposed Motion for Abatement. ECF No. 21. After reviewing the motion, it is hereby **ORDERED** that the motion is **GRANTED**. This case shall be abated, including all scheduling order deadlines, until thirty days after the conclusion of the appraisal process. The parties, however, shall update the Court every thirty days with a joint status report about the progress of the appraisal process. It is further **ORDERED** that all pending motions are **DENIED WITHOUT PREJUDICE**. Once the abatement is lifted, the parties may refile motions, if necessary.

**SIGNED** on April 19, 2016.

_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE